1

2

3

4

5

6

7

8

9                       UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
10                              AT TACOMA

11  CHARLES E. COMA,

12                 Petitioner,           CASE NO. 3: 11-cv-5562RBL

13       v.                    ORDER ADOPTING REPORT AND
                                   RECOMMENDATION
14  UNITED STATES OF AMERICA.

15               Respondent.

16

17       The Court having reviewed the Report and Recommendation of the Hon. J.

18  Richard Creatura, United States Magistrate Judge, and the remaining record.  On October

19  24, 2001 the Court granted Petitioner's request for an extension of time until November

20  16 to file his objections [Dkt. #7].  Petitioner did not file any objections to the Report and

21  Recommendation; therefore it is hereby ORDERED:

22       (1)    The Court adopts the Report and Recommendation;

23

24

(2)     This petition is DENIED. Neither a writ of coram nobis nor a writ audita aquerela are available under the facts set forth in the petition.  The petition is frivolous.

(3)     The clerk is directed to send copies of this Order to Petitioner, and the Hon. J. Richard Creatura.

DATED this 21st day of November, 2011.


RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2